United States District Court  
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL WARNER,<br>　　　　　Plaintiff,<br>　　v.<br>MATTHEW L. CATE, et al.,<br>　　　　　Defendants. | Case No. 12-cv-06163-YGR (PR)<br><br>**ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS AMENDED COMPLAINT**<br><br>(Dkt. 8) |

Plaintiff, a state prisoner, filed the instant *pro se* prisoner complaint under 42 U.S.C. § 1983. The Court has dismissed Plaintiff's complaint with leave to amend. Plaintiff has filed a second request for an extension of time to file his amended complaint.

Good cause appearing, the request is GRANTED. Plaintiff shall file his amended complaint on or by **October 10, 2014.**

If Plaintiff fails to file an amended complaint by the deadline above, this action will be dismissed without prejudice.

This Order terminates Docket No. 8.

**IT IS SO ORDERED.**

Dated: September 18, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge

P:\PRO-SE\YGR\CR.12\Warner6163-grant2ndEOTamendcomplaint.docx